**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: C.J.C, A MINOR : No. 563 MAL 2020
:
:
PETITION OF: C.J.C., A MINOR : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.